**STATE v. HAMAD**

[325 N.C. 544 (1989)]

STATE OF NORTH CAROLINA v. HATEM HAMAD AND DONALD CLAY WELLS

No. 35A89

(Filed 9 November 1989)

APPEAL of right by the State pursuant to N.C.G.S. § 7A-30(2) and on discretionary review of a decision of a divided panel of the Court of Appeals, 92 N.C. App. 282, 374 S.E.2d 410 (1988), granting a new trial to the defendant Hamad and a new sentencing hearing to the defendant Wells. Heard in the Supreme Court 12 October 1989.

*Lacy H. Thornburg, Attorney General, by John F. Maddrey, Assistant Attorney General, for the State, appellant and appellee.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Gordon Widenhouse, Assistant Appellate Defender, for defendant Donald Clay Wells, appellant and appellee.*

*A. Wayne Harrison and James M. Roberts for defendant Hatem Hamad, appellant and appellee.*

PER CURIAM.

Affirmed.